IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUSTIN TAM**<br>　　　**Plaintiff**<br><br>　　　v.<br><br>**NATIONAL CREDIT SYSTEMS**<br>　　　**Defendant** | CIVIL ACTION NO.<br><br>23-2128 |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, JUSTIN TAM, and the defendant, NATIONAL CREDIT SYSTEMS, that the above entitled action is hereby dismissed with prejudice as to NATIONAL CREDIT SYSTEMS, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esq.
*Attorney for Plaintiff*
*Justin Tam*

Barron & Newburger, P.C.

BY: /s/ *Brit J. Suttell*
Brit J. Suttell, Esq.
*Attorney for Defendant*
*National Credit Systems*

APPROVED:

/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　J.

Dated: February 22, 2024